IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

BILLY CRESPO-RIVERA,

    Plaintiff,

        v.                              CIVIL NO. 22-1353 (PAD)

T-MOBILE PR PUERTO RICO LLC,

    Defendant.

## JUDGMENT

In accordance with the Memorandum and Order issued today (Docket No. 44), judgment is hereby entered dismissing the case.

This case is now closed for statistical purposes.

**SO ORDERED.**

In San Juan, Puerto Rico, this 28th day of February, 2023.

                                              s/Pedro A. Delgado-Hernández
                                              PEDRO A. DELGADO-HERNÁNDEZ
                                              United States District Judge